IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-02587-MSK-BNB

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,
as Assignee of Management Specialists, Inc.

    Plaintiff,

v.

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,

    Defendant.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on Plaintiff's Motion to Withdraw **(#25)** filed March 15, 2006. A review of the Motion indicates that Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion **(#25)** is **DENIED**, without prejudice.

Dated this 15th day of March 2005.

                BY THE COURT:

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge