IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02587-MSK-BNB

STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation, as assignee of Management Specialists, Inc.,

Plaintiff,

v.

AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation, and

Defendant.
_____

**ORDER**
_____

This matter is before me on the parties' **Stipulated Motion to Amend Scheduling Order** [Doc. # 37, filed 11/28/2006] (the "Motion"). The Motion seeks to extend the discovery cut-off from December 31, 2006, to March 31, 2007; and to extend the dispositive motion deadline from January 15, 2007, to April 15, 2007. The final pretrial conference before the district judge is set for May 17, 2007, and the trial is scheduled to begin on August 13, 2007.

The district judge has instructed that the dispositive motion deadline should be not less than 90 days prior to the final pretrial conference. Under this limitation, the dispositive motion deadline in this case can be no later than February 16, 2007. General discovery should not extend beyond the dispositive motion deadline. Although I will extend the deadlines to the last possible date, I will not extend the deadlines further without a showing of good cause and then only after the parties have obtained from the district judge a continuance of the final pretrial conference and the trial date.

IT IS ORDERED that the Motion is GRANTED IN PART, and the case schedule is modified to the following extent:

      **Discovery Cut-Off:**      **February 16, 2007**

      **(All discovery must be completed by the discovery cut-off. Responses to written discovery must be due on or before the discovery cut-off.)**

      **Dispositive Motion Deadline:**      **February 16, 2007.**

Dated November 29, 2006.

      BY THE COURT:

      s/ Boyd N. Boland
      United States Magistrate Judge